IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Billy Lee Lisenby, Jr., a/k/a Malik Al-Shabazz, | ) | C/A No.: 5:12-cv-2060-DCN-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Cecilia Reynolds, Warden KCI, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner brought this habeas action pursuant to 28 U.S.C. § 2254 and this matter is before the court on Petitioner's Motion to Compel, ECF No. 36, filed on November 16, 2012. Respondent opposes the motion, ECF No. 41.

Rule 6 of the Rules Governing Section 2254 Cases states, in part, that:

(a) Leave of Court Required. A judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Civil Procedure and may limit the extent of discovery.

(b) Requesting Discovery. A party requesting discovery must provide reasons for the request. The request must also include any proposed interrogatories and requests for admission, and must specify any requested documents.

Petitioner has not sought leave of this court to file any discovery requests nor has the court authorized Petitioner to conduct discovery. Accordingly, Petitioner is not entitled to discovery and, thus, his motion to compel, ECF No. 36, is DENIED.

IT IS SO ORDERED.

January 7, 2013
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge