# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Billy Lee Lisenby, Jr., #200273, a/k/a Malik Al-Shabazz, | ) ) ) | C/A No.: 5:12-cv-2060 DCN |
| Petitioner, | ) ) | |
| -vs- | ) ) | **ORDER** |
| Cecilia Reynolds, Warden KCI, | ) ) ) | |
| Respondent. | ) ) | |

This matter is before the court upon Motion to Dismiss by petitioner Billy Lee Lisenby, Jr. This motion was filed on March 11, 2013.

**IT IS THEREFORE ORDERED,** that petitioner's Motion to Dismiss is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

March 13, 2013
Charleston, South Carolina